6:17-cv-0251   Sec P

My name is Kelvin Batiste. I am housed at St. Martin Parish Correctional center for Att. 1st degree murder / Home Invasion. I have been incarcerated for 2 and a half years. I am currently seeking to file a civil rights complaint (1983) because my Jaw was broken. I have proof of all medical documents. I do not have any income or money saved being that I am still incarcerated. I was transferred to another facility as a pretrial detainee unwillingly and against my rights. Please consider this complaint to go forward. I am filing a U.S.C 1983 civil rights complaint injury report for money damages against St. Martin Parish Sheriffs office ETAL. Please send an application to proceed in Forma Pauperis.

Respectfully Submitted

Kelvin Batiste

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB - 8 2017

TONY R. MOORE, CLERK
BY: ___
DEPUTY