RECEIVED

MAR 29 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

(Rev. 5/1/13)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

KELVIN BATISTE                                    CASE NO. 6:17-CV-00251 SEC P

VERSUS                                            JUDGE DOHERTY

SHERIFFS OFFICE ST MARTIN          MAGISTRATE JUDGE WHITEHURST
PARISH

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. ' 1983**

I.    **Previous Lawsuits**

   a.   Have you begun any other lawsuit while incarcerated or detained in any facility?
        Yes ☐    No ☑

   b.   If your answer to the preceding question is "Yes," provide the following information.

        1.   State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county of parish):

             _____

             _____

        2.   Name the parties to the previous lawsuit(s):

             Plaintiffs: _____

             Defendants: _____

        3.   Docket number(s): _____

        4.   Date(s) on which each lawsuit was filed: _____

        5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

             _____

   c.   Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
        Yes ☐    No ☑

Page 1 of 4

*(Rev. 5/1/13)*

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

**II.**  **a.**  **Name of institution and address of current place of confinement:**

St. Martin Parish Correctional Center

**b.**  Is there a prison grievance procedure in this institution?
Yes ☑  No ☐

1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit? Yes ☐ No ☑

If "Yes," what is the Administrative Remedy Procedure number?

_____

2.  If you did not file an administrative grievance, explain why you have not done so.

I was transported to another facility where I was injured and then placed in lockdown for months before being transported back

3.  If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?

_____

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III.**  **Parties to Current Lawsuit:**

a.  Name of Plaintiff: Kelvin Andre Batiste

*(Rev. 5/1/13)*

Address: P.O Box 188   St. Martinville LA 70582 _____

b. Defendant, E.J Melancon _____, is employed as

Warden _____ at St. Martin Parish Correctional Center

Defendant, _____, is employed as

Warden _____ at Lasalle Correctional Center

Defendant, _____, is employed as

_____ at _____.

Additional defendants: Lasalle Parish Correctional Center, St. Martin
Parish Correctional Center _____

## IV.  Statement of Claim

State the **FACTS** of your case.  Specifically describe the involvement and actions of each named defendant.  Include the names of all persons involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred.  **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

approx. 1:30 in the afternoon

On November 10, 2016 I was attacked by 3 to 4 inmates some of wich were D.O.C inmates. After the attack I realized that my Jaw was broken and needed to seek medical attention. I then went to the deputy who sat in the control booth and he seemed to ignore me. Then I went to the door of the dorm and seen a deputy in the hallway. He opened the door and I explained that I was attacked and my jaw was broke. The officers made me stand against the wall, facing the wall where they began to interrogate me. I could hardly talk and they knew I was in pain but still made me stand there. After apprx. 10-15 minutes I was brought down to the nurse's office where she confirmed that my Jaw was broken. I then waited apprx. 2-3 hours before being transported to LSU medical center in Shreveport LA. I was given some pain medication and sent back to the jail. I was placed in a disciplinary lockdown cell with other D.O.C inmates. I was placed on and ensure only diet because I was unable to chew. On 11/11/16 I was given a regular tray for lunch and dinner, being that I couldn't chew I couldn't eat. Also from 11/11/16 - 11.16/16 I recieved no medical attention or medication. I have a list of dates where this occured. I was written up for fighting and placed on commissary restriction along with two other inmates. The other inmates who attacked me were never pursued. My surgery wasn't completed until Dec. 29.2016 and I remained in lockdown from 11/11/16 to about Jan.27/16 I will attach a list of all dates that I didn't recieve medication or recieved any ensure. I also seen that my signature was forged on the slip I was supposed to sign eugtime ensure was issued. It is supposed to be on record.

Note That I couldn't chew so most times
I wouldn't be able to eat

Dates I did not recive pain medication or Ensure

11/11/16 - No Ensure for lunch or dinner
          - No medication

11/12/16 - No medication
11/13/16 - no medication
11/14/16 - no medication
11/15/16 - no medication
11/16/16 - no medication

11/18/16 - no Ensure for dinner
11/20/16 No ensure for breakfast or lunch
11/21/16 No ensure for breakfast
11/24/16 No Ensure for breakfast
11/25/16 no Ensure for breakfast
11/28/16 No medicine All day
11/29/16 No Ensure lunch or dinner / No Medicine All day
11/30/16 No Ensure for breakfast
12/1/17 - No Ensure for breakfast
12/2/17 No Ensure for breakfast or dinner
12/3/17 No Ensure all day / No meds all day
12/4/17 No Ensure All day
12/5/17 No Ensure from breakfast
12/6/17 No Ensure for breakfast or lunch / No meds for breakfast or lunch
12/7/17 - 1:30 A.m Finally moved out of lockdown with D.OC inmates
          No Ensure for breakfast or lunch / No meds for breakfast or Dinner

On the 20th day of October 2016 I was informed that I and a few other inmates were being transported to Lasalle Correctional Facility. I was told to pack my belongings in a plastic bag. I am not serving any time for the state and was curious to why I was being transported to a D.O.C facilty. For that I reason I did not pack my belongings and After about 30 mins Warden E.J Melancon and Capt. Clay and a few other deputies came in the dorm. I then went into a cell with one other inmate because they gave orders for everyone to get in a cell. The Captain asked what the problem was and I informed him that I was not serving any time and was skeptical as to why I was being transported. He informed me that they were painting the jail and a few people had to be shipped. I then asked the Captain of St. Martin parish Correctional Center why arent they shipping the inmates who are currently serving time instead of the Parish inmates. The warden and the Capt. than became impatient and gave orders for the Pepper ball gun to be retrieved. Once retrieved they began opening fire into the cell and entered the cell forcing handcuffs onto my wrists. I was then forced into the corridor of E + F dorm and then into the intake area of the jail. Officers began to drag me by the handcuffs that were on my hands wich were cutting into my wrists. Warden E.j Melancon told the deputies to stop and then they placed shackles onto my ankles. They then picked me up by grabbing the chains on both the handcuffs and the shackles and maced me into the elevator. This was repeated to put me onto the transportation van wich was located outside the gates of the jail. Upon arrival at Lasalle Correctional Center pictures were taken of my stomach and side area where I had been struck by the pepperballs. I was then placed in lockdown and the moved to Golf dorm the next morning.

*(Rev. 5/1/13)*

**V.    Relief**

State exactly what you want the court to provide to you or do for you.  Make no legal arguments.  Cite no cases or statutes.

I would like the court to make sure that LaSalle Parish Correctional center is held responsible for not ensuring the safety of a pre-trial inmate or making sure that I was issued the proper meals and medical attention when needed. I would also like the court to hold St. Martin Parish Correctional Center responsible for transporting a pre-trial inmate to a D.O.C facility against his will, for injuries inflicted by their weapons and force. I ask that both facilities be ordered to compensate me for my injuries, physical + mental pain and suffering.

**VI.    Plaintiff's Declaration**

a.   I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.   I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.   If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

**Signed this** 20 **day of** March ,20 17 .

___615543___
**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons**

_Kelvin Batiste_
**Signature of Plaintiff**