RECEIVED
SEP 2 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KELVIN BATISTE | CIVIL ACTION NO. 6:17-CV-0251 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| SHERIFFS OFFICE ST. MARTIN PARISH, ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in Chambers, Lafayette, Louisiana, on this 25 day of September, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE